# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

RICHARD S. KERR, JR.,

    Plaintiff,

v.

PATRICK J. MADDEN, Circuit Court Judge for Iron County, JOHN P. ANDERSON, Circuit Court Judge for Bayfield County and MARTIN J. LIPSKE, District Attorney for Iron County, sued in their individual and official capacities,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-122-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ Melissa Hardin

by Deputy Clerk

_____4/3/08_____
Date